**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TRENT CHRISTOPHER BRYANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-7345** |
| **LAFOURCHE PARISH DETENTION CENTER, SHERIFF CRAIG WEBRE** | **SECTION "B"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Trent Christopher Bryant's claims brought pursuant to 42 U.S.C. § 1983 against the defendants, the Lafourche

Parish Detention Center and Sheriff Craig Webre, are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e), §1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 11th day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**UNITED STATES DISTRICT JUDGE**